```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0083--CR (JKS)
                              "USA V SALLEY C. PURSER"
                              DEF 1.1 PURSER, SALLEY C.

        In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 06/17/04
              Closed: 08/02/04
   No. of Defendants: 1
      MJ Case Number: A04-0152--MJ
                 AKA:
     Location status: Released on Bond
          Trial date:
          Terminated: YES
    Needs interpreter: NO
    Counsel of record: Hugh W. Fleischer
                      310 K Street, Suite 200
                      Anchorage, AK 99501
                      907-264-6635
                      FAX 907-264-6602
                      Serve: YES
                       Type: CJA
                       Role: Other


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Frank V. Russo
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513
                      907-271-5071
                      FAX 907-271-3224
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 PURSER, SALLEY C.

   Document            Count    Citation and Description                        Disposition

     1 -    1 INF        1      21:844 UNLAWFUL POSSESSION OF A CONTROLLED      Sentenced
                                SUBSTANCE (M)                                   (18-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A04-0083--CR (JKS)
                                "USA V SALLEY C. PURSER"

                        In public format, for all filing dates
```

```
   Presiding Judge: The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 06/17/04
            Closed: 08/02/04
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 06/01/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 5/31/04. |
| 1 - 1 | 06/17/04 | [Re: DEF 1] PLF 1 Information. |
| 2 - 1 | 06/17/04 | [Re: DEF 1] Documents 5,6,7,8,9,10, 12,14, & 15 transferred from: A04-0152MJ (JDR) to A04-0083CR(JDR) w/att docs. |
| 3 - 1 | 06/21/04 | [Re: DEF 1] JDR Minute Order re Arr set for 6/22/04 at 3:00 p.m. before MJ Branson. cc: USA, H. Fleischer, USM, USPO, MJ Branson |
| 4 - 1 | 06/23/04 | [Re: DEF 1] AHB Court Minutes [ECR: Elisa Singleton] re Arr on Misd Info hld 6/22/04; arr cont to 6/23/04 at 4:00 p.m. cc: USA, H. Fleischer, USM, USPO |
| 5 - 1 | 06/24/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re Arr on Misd Info hld 6/23/04; H. Fleischer apptd; consent due 6/25/04; PTM's due 7/12/04; govt's oral mot for def to be evaluated under 18:3552(c) granted, cnsl to submit approp order; bail cond's remain as prev set. cc: USA, H. Fleischer, USM, USPO |
| 6 - 1 | 06/24/04 | [Re: DEF 1] AHB Order regarding preparation for trial re consent due 6/25/04; cnsl to meet & confer by 6/23/04; PTM's due 7/12/04. cc: USA, H. Fleischer |
| 7 - 1 | 06/24/04 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time for 18:3552(c) examination. |
| 8 - 1 | 06/24/04 | DEF 1 Decision of not to consent to proceed before USMJ. |
| NOTE - 2 | 06/25/04 | Notation: Proposed Trial Date Setting for Arr to USDJ. |
| 9 - 1 | 06/25/04 | [Re: DEF 1] JDR Minute Order re def does no consent; case assigned to Judge Singleton for trial. cc: USA, H. Fleischer, USM, USPO, Judge Singleton |
| 10 - 1 | 06/25/04 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time for 18:3552(c) examination (7-1). cc: USA, H. Fleischer, USM, USPO |
| 11 - 1 | 06/25/04 | [Re: DEF 1] JKS Minute Order setting TBJ on 8/9/04 at 9:00 a.m. & FPTC on 8/3/04 at 4:00 p.m.. cc: USA, H. Fleischer, USM, USPO, MJ Roberts, JC |
| 12 - 1 | 06/25/04 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 13 - 1 | 06/29/04 | [Re: DEF 1] JKS Minute Order setting PCOP hrg on 6/30/04 at 11:00 a.m.. cc: USA, H. Fleischer, USM, USPO, MJ Roberts |
| 14 - 1 | 06/30/04 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 15 - 1 | 07/02/04 | [Re: DEF 1] JKS Court Minutes [ECR: Debby Willoughby-Lyons] PCOP Held 06/30/04; def changed plea to guilty on ct 1 of the Info; IOS set for |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A04-0083--CR (JKS)
                         "USA V SALLEY C. PURSER"

                   In public format, for all filing dates

Document #    Filed      Docket text

                         07/30/04 at 10:00 a.m.; FPTC set for 08/03/04 and TBJ set for 08/09/04
                         vacated. cc: USA, H. Fleischer, USM, USPO, MJ Roberts, JC

  16 -   1    07/26/04   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  17 -   1    07/26/04   DEF 1 Sentencing Memorandum.

  18 -   1    08/02/04   [Re: DEF 1] JKS Judg pleaded guilty to ct 1 of the Info (1-1); def
                         sentenced to 60 mos probation; $25 SA. cc: USA, H. Fleischer, DEF
                         w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance

  19 -   1    08/02/04   [Re: DEF 1] JKS Court Minutes [ECR: Caroline Edmiston] IOS Held
                         07/30/04; sentence imposed as stated in the judg; def to be released
                         08/02/04.

  20 -   1    08/02/04   [Re: DEF 1] JKS Order of Release. cc; USA, H. Fleischer, USM, USPO

  21 -   1    08/26/04   [Re: DEF 1] Partial Transcript re: IOS held 7/30/04.

NOTE -   3    09/14/04   [Re: DEF 1] Issued WOA.

NOTE -   4    09/15/04   [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/14/04.

  22 -   1    09/15/04   [Re: DEF 1] JKS Order and petition for warrant for offender under
                         probation; petition referred to MJ Roberts for I/A only. cc: USA, USM,
                         USPO, S. Purser w/USM cy

  23 -   1    09/17/04   [Re: DEF 1] Consent to Proceed Before Magistrate Judge in evid hrg re:
                         violation of prob.

  24 -   1    09/17/04   [Re: DEF 1] AHB Order of Temp. Detention.  cc: USA, H. Fleischer, USM,
                         PO, FPD (CJA Clerk)

  25 -   1    09/17/04   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of I/A on pet to
                         revoke prob (held 9/16/04); def denied allegations; H. Fleischer
                         appointed as CJA cnsl; def remanded to custody of USM; order of temp det
                         FILED; Consent FILED; evid hrg set 9/22/04 at 10:00 a.m. OFF RECORD:
                         9/22/04 10:00 a.m. evid hrg RESET for same date/time as Prelim/det hrg
                         before MJ Branson.  cc: USA, H. Fleischer, USM, PO, FPD (CJA Clerk)

  26 -   1    09/17/04   [Re: DEF 1] Return of WOA exeucted on 9/14/04.

  27 -   1    09/17/04   [Re: DEF 1] CJA appointment of H. Fleischer.

  28 -   1    09/22/04   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] of prel/det hrg
                         on pet to revoke probation (held 9/22/04); AMENDED order set conds of
                         rls FILED; def detained pending notification from 3rd pty cust that she
                         is available to take custody; Rls Ordr LODGED.  cc: USA, H. Fleischer,
                         USM, PO, Judge Singleton

  29 -   1    09/23/04   [Re: DEF 1] JKS Minute Order re evident hrg on the pet to revoke prob
                         set for 10/5/04 at 1:30 p.m. cc: USA, H. Fleischer, USM, USPO

  30 -   1    09/23/04   [Re: DEF 1] Amended Order setting conditions of release.  cc: USA, H.
                         Fleischer, USM, PO

  31 -   1    10/06/04   [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] on evid hrg re
                         pet to revoke prob (held 10/5/04).  Conds of prob modified; def to live
                         w/3rd pty cust Mary Grediagin.  Joint mot to dsms pet to revoke prob

ACMS: R_RDSDI           As of 02/13/06 at 10:38 AM by DANM                        Page 2
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0083--CR (JKS)
"USA V SALLEY C. PURSER"

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | GRANTED. Def ordered rlsd to 3rd pty cust. Release Order issued. cc: USA, H. Fleischer, USM PO, MJ Roberts |
| 33 - | 1 | 10/06/04 | [Re: DEF 1] Cy of JKS Order of Release re def released 10/5/04. cc: USA, H. Fleischer, USM, USPO |
| 32 - | 1 | 10/07/04 | [Re: DEF 1] JKS Judgment (Amended) def plead guilty to ct 1 of the Info (1-1); def sentenced to 60 mos probation; $25 SA. cc: USA, H. Fleischer, DEF w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 34 - | 1 | 01/05/05 | [Re: DEF 1] JKS Order and Request for MOdification of Cond's of Probation as directed. cc: USPO |
| 35 - | 1 | 12/20/05 | [Re: DEF 1] JKS Order and Request for MOdifications of Cond's or Term of Probation as directed. cc: USPO |