IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,)
                         )
         Plaintiff,      )
                         )
    vs.                  )
                         )
SALLEY PURSER            )
                         )
                         )
         Defendant.      ) CASE NO:A04-83-001cr(JKS)
                         )
_____)
```

**DEFENDANT'S MOTION TO BE
RELIEVED OF FORMAL U.S. PROBATION**

Hugh W. Fleischer, as attorney for defendant, Salley Purser, in the above captioned action, hereby moves that she be relived of formal U.S. Probation.

Such motion is based on the fact that Ms. Purser has met all requirements of her probation for the past two years and one-half.  She is attending the Academy of Hair Design in Anchorage and is due to graduate there from on or about December, 2006.  Ms. Purser wishes to leave Alaska, where she still faces highly negative forces in this community that are related to her case in chief.  Ms. Purser is interested to move with her Mother, Kathleen Purser, 9831 Northeast First St., Bellevue, WA 98004, (425) 223-5429 or (425) 299-3711.  Her Mother has been

sober and straight for the past four months and is committed to remaining in such condition for the future. To that end, Mrs. Purser attends Alcoholics Anonymous on a daily basis. Salley Purser has a fourteen month female child, who she wishes to be with her Mother.

Based upon the above, Ms. Purser requests that this Court allow her off formal probation.

DATED at Anchorage, Alaska, this 11th day of October, 2006.

      LAW OFFICES OF HUGH W. FLEISCHER

   By: S/ Hugh W. Fleischer
     Hugh W. Fleischer
     Attorney for Mr. McDonald
     310 K. St., Suite 200
     Anchorage, AK 99501
     (907) 264-6635
     (907) 264-6602-Fax
     hfleisch@aol.com

9438\504

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct
copy of the foregoing was served as follows:

By electronic delivery:

Frank V. Russo, Assistant U.S. Attorney
Federal Building, U.S. Courthouse
222 W.7th Avenue,#9 Room 253
Anchorage, AK 99513-7567

DATED at Anchorage, Alaska, this 11th day of October, 2006.

S/  Hugh W. Fleischer