IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,)
                         )
          Plaintiff,     )
                         )
          vs.            )
                         )
SALLEY PURSER            )
                         )
                         )
          Defendant.     )
                         )
                         )
_____ )
     CASE NO:A04-83-001 cr (JKS


**ORDER**


        BASED ON THE DEFENDANT Purser's motion, IT

        IS SO ORDERED.

DATED at Anchorage, Alaska, this _____ day of

October, 2006.


                    _____
                         James K. Singleton
                         U.S. District Judge
9439\505

2