IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,)
                         )
         Plaintiff,      )
                         )
    vs.                  )
                         )
SALLEY PURSER            )
                         )
                         )
         Defendant.      )
                         )
                         )
_____    )
     CASE NO:A04-83-001 cr (JKS
```

**ORDER**

BASED ON THE DEFENDANT Purser's motion, IT IS SO ORDERED.

DATED at Anchorage, Alaska, this ____ day of October, 2006.

                                          _____
                                          James K. Singleton
                                          U.S. District Judge

9439\505