MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*United States v. Purser*
Case No. 3:04-cr-00083(1)-JKS

By:				THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:		Robin Carter, Case Management: 677-6127*

PROCEEDINGS:		ORDER FROM CHAMBERS

The Defendant in this case, Salley Purser, has moved for release from formal probation. Docket No. 39. Before ruling, the Court would like to hear from the United States Attorney's Office and the Probation Office.

**IT IS THEREFORE ORDERED:**

Responses to the motion at Docket No. 39 are due from the United States Attorney's Office and the Probation Office one week from the date of this order, Friday, December 15, 2006.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: December 8, 2006

\*	ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.