NELSON P. COHEN
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov
MA Bar No. 649320

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-00083-JKS |
| | ) |
| Plaintiff, | ) |
| | ) **RESPONSE TO** |
| vs. | ) **DEFENDANT'S** |
| | ) **MOTION TO TERMINATE** |
| SALLEY PURSER, | ) **PROBATION** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

COMES NOW the United States of America, by and through its counsel,

and hereby responds to the defendant's motion to terminate probation, filed on

October 30, 2006 at docket 39.   Therein, the defendant contends that such

termination would be in the interest of justice because she has completed one-half of her term of probation and that there are "negative forces in the [Anchorage] community."

The United States agrees with the United States Probation Office's position in this matter. In addition, there are two additional reasons to deny the defendant's request at this time. First, the defendant originally was charged with a drug distribution felony. The defendant was permitted to plead to a misdemeanor information with the specific understanding that there would be an extended period of probation. Typically, the government would have agreed to three years' probation, but because of the defendant's history of substance abuse and other issues related to her family background, the government insisted upon five years' probation. Therefore, the defendant's sentence was a bargained-for exchange.

Second, the defendant's proposal to go to Washington to live with her mother is not ideal. In fact, it was the defendant's mother who first introduced the defendant to drug abuse. There were instances of domestic violence and instability when the defendant resided with her mother. Moreover, the defendant's mother was an unindicted co-conspirator in the case against Josef Boehm, 3:04-cr-00003. At times, the defendant's mother has been sober – including recently. However,

that does not change the fact that in the past both mother and daughter have relapsed into drug use.   Perhaps more time needs to elapse before one can assume that both mother and daughter will not have a negative effect on the other's recovery from substance abuse.

Given the defendant's background, it appears she is doing reasonably well on probation.  However, at this half-way point in her sentence, this is a reason for continuing her probation rather than terminating it.

RESPECTFULLY SUBMITTED this 15th day of December, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Frank V. Russo
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to Hugh Fleischer, Esq. on December 15, 2006, via:

(X) Electronic case filing notice

s/ Frank V. Russo