```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs.   SALLEY C. PURSER        CASE NO. 3:04-CR-00083-JKS
Defendant:  X Present   X On Bond

BEFORE THE HONORABLE:         JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:      JAMES GOEKE

DEFENDANT'S ATTORNEY:         HUGH FLEISCHER

U.S.P.O.:                     MICHAEL PENTANGELO

PROCEEDINGS: MOTION TO TERMINATE PROBATION (DKT 39)
             HELD 12/20/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:03 p.m. court convened.

Court and counsel heard re Motion to Terminate Probation (Dkt 39).

Arguments heard.

Court and counsel heard re Motion to Terminate Probation (Dkt 39); **DENIED.**

At 2:22 p.m. court adjourned.

OFF RECORD NOTE: Status Conference set for **5/21/07 at 11:00 a.m.** before Judge Singleton.

DATE:    December 20, 2006      DEPUTY CLERK'S INITIALS:    SCL