MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  SALLY C. PURSER          CASE NO. 3:04-cr-00083-JKS
Defendant: X Present    In Custody   On Summons   X On Probation

BEFORE THE HONORABLE: JAMES K. SINGLETON

DEPUTY CLERK/RECORDER:   Linda Christensen

UNITED STATES' ATTORNEY:      JIM GOEKE

DEFENDANT'S ATTORNEY:      HUGH FLEISCHER

U.S.P.O.:       MARY BARNES

PROCEEDINGS:   STATUS CONFERENCE RE: DEFENDANT'S MOTION AT
               DOCKET 39 Held 5/22/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:33 p.m. court convened.

Court and counsel heard.

Court terminated remainder of defendant's term of probation.

At 1:49 p.m. court adjourned.


OFF RECORD: Financial Affidavit filed by defense counsel

DATE:   MAY 22, 2007          DEPUTY CLERK'S INITIALS:     lc